# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVIS SHANLEY, an individual, on behalf of himself and all other aggrieved employees,<br><br>Plaintiff,<br><br>v.<br><br>TRACY LOGISTICS LLC; STOCKTON LOGISTICS LLC; FRESNO LOGISTICS LLC; SACRAMENTO LOGISTICS, LLC; C&S WHOLESALE GROCERS, LLC FORMERLY C&S WHOLESALE GROCERS INC.; C&S LOGISTICS OF SACRAMENTO/TRACY LLC; C&S LOGISTICS OF FRESNO LLC; and DOES 1 through 10, Inclusive,<br><br>Defendants. | CASE NO. 2:23-CV-02586-MCE-JDP<br>[PAGA Action]<br><br>RELATED<br>CASE NO. 2:23-cv-02608-MCE-JDP<br>[Declaratory Relief Action]<br><br>**ORDER GRANTING STIPULATION TO CONTINUE DEFENDANTS' RESPONSIVE PLEADING DEADLINE PENDING POTENTIAL MOTION TO REMAND** |
| TRAVIS SHANLEY, an individual, on behalf of himself and all other aggrieved employees,<br><br>Plaintiff,<br><br>v.<br><br>TRACY LOGISTICS LLC; STOCKTON LOGISTICS LLC; FRESNO LOGISTICS LLC; SACRAMENTO LOGISTICS, LLC; C&S WHOLESALE GROCERS, LLC FORMERLY C&S WHOLESALE GROCERS INC.; C&S LOGISTICS OF SACRAMENTO/TRACY LLC; C&S LOGISTICS OF FRESNO LLC; and DOES 1 through 10, Inclusive,<br><br>Defendants. | |

# ORDER

Having reviewed and considered the Parties' Stipulation to Continue Defendants' Responsive Pleading Deadline Pending Potential Motion to Remand (the "Stipulation"), and good cause appearing for the relief requested therein, the Stipulation shall be and hereby is **GRANTED** as follows, using the same defined terms as defined and used in the Stipulation:

1. Plaintiff will file any Motion to Remand in this action on or before December 20, 2023;

2. In light of the intervening Christmas and New Year's holidays after any filing of any Motion to Remand by Plaintiff in this action, and the fact that there likely will be two Motions to Remand to be opposed in both Related Actions, Defendants' deadline to file any Opposition to any filed Motion to Remand in this action will be January 30, 2024;

3. Plaintiff's deadline to file any Reply to Defendants' filed Opposition to any filed Motion to Remand in this action will be February 15, 2024;

4. Plaintiff will notice the hearing on any filed Motion to Remand on a hearing date available on the Court's motions calendar no earlier than three (3) weeks after the filing of his Reply, and, if Plaintiff files Motions to Remand in both Related Actions, they will both be noticed for hearing on the same hearing date;

5. Upon Plaintiff filing any Motions to Remand in either of the Related Actions, Defendants' deadline to serve and file any answer, motions, or other pleadings responsive to Plaintiff's Complaint in this action will be extended to 28 days after entry of an Order by the Court denying or otherwise ruling on the last of the filed Motion(s) to Remand in the Related Action(s);

6. If, however, no Motions to Remand are filed in any of the Related Actions on or before December 20, 2023, then Defendants' deadline to serve and file any answer, motions, or other pleadings responsive to Plaintiff's Complaint in this action will be extended to January 30, 2024; and

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

7. By entering into their Stipulation, the Parties do not waive and expressly reserve all claims, defenses, and challenges in this action, including, without limitation, as to arbitration of Plaintiff's claims and to Plaintiff's Complaint and/or the claims asserted therein, and/or the entry of other orders by the Court regarding the further sequencing of the proceedings in either or both of the Related Actions.

IT IS SO ORDERED.

Dated: December 12, 2023

*[signature]*
MORRISON C. ENGLAND, JR.
SENIOR UNITED STATES DISTRICT JUDGE