UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

TRAVIS SHANLEY,                                    2:23-cv-02586-MCE-JDP

       Plaintiff,

    v.                                          **RELATED CASE ORDER**

TRACY LOGISTICS LLC, et al.

       Defendants,
_____/

TRAVIS SHANLEY,                                    2:23-cv-02608-MCE-JDP

       Plaintiff,

    v.

TRACY LOGISTICS LLC, et al.

       Defendants,
_____/

DONTE PICOU,                                       2:24-cv-00526-TLN-DB

       Plaintiff,

    v.

TRACY LOGISTICS LLC,

       Defendant,
_____/

///

1

1      An examination of the above-entitled civil actions reveals that these actions are

2  related within the meaning of Local Rule 123(a) (E.D. Cal. 1997).  The actions involve

3  the same defendant(s) and are based on the same or similar claims, the same property

4  transaction or event, similar questions of fact and the same questions of law and would

5  therefore entail a substantial duplication of labor if heard by different judges.

6  Accordingly, the assignment of the matters to the same judge is likely to effect a

7  substantial savings of judicial effort and is also likely to be convenient for the parties.

8      The parties should be aware that relating the cases under Local Rule 123 merely

9  has the result that both actions are assigned to the same judge; no consolidation of the

10  action is effected.  Under the regular practice of this court, related cases are generally

11  assigned to the district judge and magistrate judge to whom the first filed action was

12  assigned.

13      IT IS THEREFORE ORDERED that the action denominated 2:24-cv-00526-TLN-

14  DB, <u>Donte Picou v. Tracy Logistics, LLC</u> is reassigned to Senior District Judge Morrison

15  C. England, Jr. and will be reassigned to Magistrate Judge Jeremy D. Peterson for all

16  further proceedings, and any dates currently set in this reassigned case only are hereby

17  **VACATED**.  The caption on documents filed in the reassigned case shall be shown as

18  2:24-cv-00526-MCE-JDP.

19      IT IS FURTHER ORDERED that the Clerk of the Court make appropriate

20  adjustment in the assignment of civil cases to compensate for this reassignment.

21      IT IS SO ORDERED.

22  Dated:  March 26, 2024

23

24          MORRISON C. ENGLAND, JR.
               UNITED STATES DISTRICT JUDGE

25

26

27

28